UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| FERNANDES, *et al.*, | ) | No. 4:13-cv-01203 |
| Plaintiffs, | ) | |
| v. | ) | **[PROPOSED] ORDER FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |
| NAPOLITANO, *et al.*, | ) | |
| Defendants. | ) | |

IT IS HEREBY ORDERED that Plaintiffs' complaint under the Administrative Procedures Act ("APA") is dismissed with prejudice. Further both parties will bear their own legal fees and costs.

Dated: August 2, 2013

_____
The Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

No. 4:13-cv-01203